# UNITED STATES DISTRICT COURT
## District of Utah Central Division

| | |
|---|---|
| Steven Fisher, et al<br><br>    Plaintiffs<br><br>v.<br><br>5151 Wiley Post Way, Salt Lake City, LLC<br><br>    Defendant | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:19-cv-00161-JNP-DBP<br><br>Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Plaintiffs, Steven Fisher and Access 4 All, Inc. (collectively, "Plaintiffs") and Defendant, 5151 Wiley Post Way, Salt Lake City, LLC ("Defendant"), by and through their respective counsel of record, hereby notify the Court that they have reached mutual resolution of all issues in the pending action. A Stipulation and Order for Dismissal will be forthcoming upon finalization of the settlement documents.

Given the reaching of mutual resolution, the parties request that all future deadlines be taken off the calendar.

Dated: August 21, 2019

Respectfully submitted,

/s/ Lawrence A. Fuller
Lawrence A. Fuller (*Appearing Pro Hac Vice*)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd. #502
North Miami, Florida 33181
lfuller@fullerfuller.com

Carolyn Perkins (Utah Bar No. 13469)
LAW OFFICES OF CAROLYN PERKINS
P.O Box 52704
Salt Lake City, Utah 84106
cperkins@carolynperkinslaw.com

Attorneys for Plaintiffs,
STEVEN FISHER and ACCESS 4 ALL, INC.

/s/ Jacob A. Bruner
Jacob A. Bruner (*Appearing Pro Hac Vice*)
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202
jbruner@bakerlaw.com

Jonathan O. Hafen (Utah Bar No. 6096)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
jhafen@parrbrown.com

Attorneys for Defendant,
5151 WILEY POST WAY, SALT LAKE CITY, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of August 2019, a true and correct copy of the foregoing: **NOTICE OF SETTLEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Carolyn Perkins
Law Offices of Carolyn Perkins
P.O. Box 52704
Salt Lake City, UT 84106
cperkins@carolynperkinslaw.com

Lawrence A. Fuller
12000 Biscayne Blvd., #502
N. Miami, FL 33181
lfuller@fullerfuller.com

Attorneys for Plaintiffs

                                                                */s/ Jacob A. Bruner*