# UNITED STATES DISTRICT COURT
# District of Utah Central Division

| | |
|---|---|
| Steven Fisher, et al<br><br>　　　　Plaintiffs<br><br>v.<br><br>5151 Wiley Post Way, Salt Lake City, LLC<br><br>　　　　Defendant | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:19-cv-00161-JNP-DBP<br><br>Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

　　　　Plaintiffs, Steven Fisher and Access 4 All, Inc. (collectively, "Plaintiffs") and Defendant, 5151 Wiley Post Way, Salt Lake City, LLC ("Defendant"), pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their Agreement that the Court retains jurisdiction to enforce the terms and conditions of the Settlement Agreement. A Proposed Order is included herewith.

Dated: September 18, 2019　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ Lawrence A. Fuller*<br>Lawrence A. Fuller (*Appearing Pro Hac Vice*)<br>FULLER, FULLER & ASSOCIATES, P.A.<br>12000 Biscayne Blvd. #502<br>North Miami, Florida 33181<br>lfuller@fullerfuller.com | */s/ Jacob A. Bruner*<br>Jacob A. Bruner (*Appearing Pro Hac Vice*)<br>BAKER & HOSTETLER LLP<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202<br>jbruner@bakerlaw.com |

| | |
|---|---|
| Carolyn Perkins (Utah Bar No. 13469)<br>LAW OFFICES OF CAROLYN PERKINS<br>P.O Box 52704<br>Salt Lake City, Utah 84106<br>cperkins@carolynperkinslaw.com | Jonathan O. Hafen (Utah Bar No. 6096)<br>PARR BROWN GEE & LOVELESS, P.C.<br>101 South 200 East, Suite 700<br>Salt Lake City, Utah 84111<br>jhafen@parrbrown.com |
| Attorneys for Plaintiffs,<br>STEVEN FISHER and ACCESS 4 ALL, INC. | Attorneys for Defendant,<br>5151 WILEY POST WAY, SALT LAKE CITY, LLC |

4826-7213-9421.1