IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN FISHER *et al.*,<br><br>　　　　　　Plaintiff,<br>v.<br><br>5151 WILEY POST WAY, SALT LAKE CITY, LLC,<br><br>　　　　　　Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-cv-161-JNP-DBP<br><br>District Judge Jill N. Parrish |

Before the court is a Stipulated Motion to Dismiss with Prejudice filed by the parties on September 18, 2019. (ECF No. 32). Based on that motion, and for good cause, the court hereby GRANTS the motion and ORDERS that this matter is dismissed with prejudice.

Signed September 20, 2019

　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　*Jill N. Parrish*

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　United States District Court Judge